In the Matter of ARMIN KOHN, an Attorney, Respondent.

First Department, April 19, 1940.

*Lewis B. Reynolds* of counsel [*Einar Chrystie*, attorney], for the petitioner.

*George Gordon Battle* of counsel [*Thomas Stokes* with him on the brief; *Battle, Levy, Fowler & Neaman*, attorneys], for the respondent.

PER CURIAM. The respondent was charged with converting to his own use several small sums of money. He seriously disputed the charge that he had converted the moneys, but repaid them as soon as the matter was brought to his attention by the Association of the Bar of the City of New York. We are of the opinion, therefore, that a censure will be sufficient punishment.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, COHN and CALLAHAN, JJ.

Respondent censured.